# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**FILED**
**NOVEMBER 23, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

In the Matter of

Robert Matchain
vs
City of Chicago and
Chicago Police Officer John Doe

Case Number: **07 C 6604**

**JUDGE MANNING**
**MAGISTRATE JUDGE ASHMAN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Robert Matchain

| | |
|---|---|
| NAME (Type or print) | Brian J. Barrido |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ Brian J. Barrido |
| FIRM | Dvorak, Toppel & Barrido |
| STREET ADDRESS | 3859 W. 26th Street |
| CITY/STATE/ZIP | Chicago, Illinois 60623 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS): 6274524 | TELEPHONE NUMBER: (773) 521-1300 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ✓   NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ✓

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ✓   NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ✓   NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐