**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM**

**FILED
NOVEMBER 23, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 6604**

| In the Matter of | Case Number: |
|---|---|

Robert Matchain
vs
City of Chicago and
Chicago Police Officer John Doe

**JUDGE MANNING
MAGISTRATE JUDGE ASHMAN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Robert Matchain

| NAME (Type or print) |
|---|
| Richard J. Dvorak |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Richard J. Dvorak |
| FIRM |
| Dvorak, Toppel & Barrido |
| STREET ADDRESS |
| 3859 W. 26th Street |
| CITY/STATE/ZIP |
| Chicago, Illinois 60623 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6269687 | (773) 521-1300 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐