**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NF

**FILED**
**NOVEMBER 23, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 6604**

In the Matter of                                                          Case Number:

Robert Matchain
vs
City of Chicago and
Chicago Police Officer John Doe

**JUDGE MANNING**
**MAGISTRATE JUDGE ASHMAN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Robert Matchain

| NAME (Type or print) |
| --- |
| Neil L. Toppel |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Neil L. Toppel |

| FIRM |
| --- |
| Dvorak, Toppel & Barrido |

| STREET ADDRESS |
| --- |
| 3859 W. 26th Street |

| CITY/STATE/ZIP |
| --- |
| Chicago, Illinois 60623 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6270744 | (773) 521-1300 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |