## United States District Court for the Northern District of Illinois

Case Number: 07CV6604        Assigned/Issued By: NF

Judge Name: MANNING         Designated Magistrate Judge: ASHMAN

---

### FEE INFORMATION

*Amount Due:*  [✓] $350.00   [ ] $39.00   [ ] $5.00
              [ ] IFP       [ ] No Fee   [ ] Other _____
              [ ] $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00                Receipt #: 2351444

Date Payment Rec'd: 11/23/07        Fiscal Clerk: NF

---

### ISSUANCES

[✓] Summons                            [ ] Alias Summons

[ ] Third Party Summons                [ ] Lis Pendens

[ ] Non Wage Garnishment Summons       [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons
                                       _____
[ ] Citation to Discover Assets        (Victim, Against and $ Amount)

[ ] Writ _____
         (Type of Writ)

__1__ Original and __0__ copies on __11/26/07__ as to CITY OF CHICAGO
                                    (Date)

C:\wpwin80\docket\feeinfo.frm     03/14/05