IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **ROBERT MATCHAIN,** | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 6604 |
| | ) | |
| v. | ) | |
| | ) | **Judge Manning** |
| **CITY OF CHICAGO, et al.,** | ) | |
| | ) | Magistrate Judge Ashman |
| Defendants. | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **CITY OF CHICAGO'S MOTION TO EXTEND THE TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD,** a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Manning, or before such other Judge sitting in her place or stead, on the 10th day of January, 2008 at 11:00 a.m., or as soon thereafter as counsel may be heard and present the previously filed motion.

**DATED** at Chicago, Illinois this 7th day of January, 2008.

                                        MARA S. GEORGES
                                        CORPORATION COUNSEL
                                        CITY OF CHICAGO

                        BY:     /s/ Ashley C. Kosztya
                                        ASHLEY C. KOSZTYA
                                        Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-9332
Attorney No. 6274884

### CERTIFICATE OF SERVICE

I hereby certify that I have caused this **DEFENDANT CITY OF CHICAGO'S MOTION TO EXTEND THE TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD** to be served electronically upon all represented parties via the CM/ECF electronic filing system this 7th day of January, 2008.

                                        /s/ Ashley C. Kosztya
                                        ASHLEY C. KOSZTYA