IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT MATCHAIN, | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 6604 |
| v. | ) | |
| | ) | Judge Manning |
| CITY OF CHICAGO, | ) | |
| a municipal corporation, | ) | Magistrate Judge Ashman |
| CHICAGO POLICE OFFICER JOHN DOE,) | | |
| Star Number unknown, | ) | |
| in his individual capacity, | ) | |
| | ) | |
| Defendants. | ) | |

NOTICE OF FILING

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT CITY OF CHICAGO'S ANSWER, DEFENSES AND JURY DEMAND TO PLAINTIFF'S COMPLAINT,** a copy of which is attached hereto and herewith served upon you.

**DATED** at Chicago, Illinois this 11th day of February, 2008.

> MARA S. GEORGES
> CORPORATION COUNSEL
> CITY OF CHICAGO

BY:   /s/ Ashley C. Kosztya
> ASHLEY C. KOSZTYA
> Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-9332
Attorney No. 6274884

CERTIFICATE OF SERVICE

I hereby certify that I have caused this **DEFENDANT CITY OF CHICAGO'S ANSWER, DEFENSES AND JURY DEMAND TO PLAINTIFF'S COMPLAINT** to be served electronically upon all represented parties via the CM/ECF electronic filing system this 11th day of February, 2008.

> /s/ Ashley C. Kosztya
> ASHLEY C. KOSZTYA