**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Robert Matchain
                     Plaintiff,

v.	Case No.: 1:07−cv−06604
	Honorable Blanche M. Manning

City of Chicago, et al.
                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, April 18, 2008:

    MINUTE entry before Judge Honorable Martin C. Ashman: Magistrate Judge Status hearing held on 4/18/2008; and continued to 6/12/2008 at 10:00 AM. Plaintiff's oral motion for leave to file an amended complaint within fourteen days is granted. Mailed notice.(is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.