IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT MATCHAIN, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 C 6604 |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF CHICAGO, | ) | JUDGE MANNING |
| a municipal corportation, | ) | |
| CHICAGO POLICE OFFICER | ) | MAGISTRATE JUDGE ASHMAN |
| Christopher Barajas, Star No. 7367, | ) | |
| in his individual capacity, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

To:   Ashley Caroline Kosztya
      City of Chicago Department of Law
      30 North LaSalle Street, Suite 1020
      Chicago, IL 60602
      ashley.kosztya@cityofchicago.org

**PLEASE TAKE NOTICE** that on May 1, 2008, I have electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, IL, Plaintiff's **First Amended Complaint** a copy of which is attached hereto and herewith served upon you.

                                                        s/Brian J. Barrido

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused a true and correct copy of Plaintiff's **First Amended Complaint** to be served via electronic means by filing same with the above- captioned Court's ECF Filing System which will cause a copy to be delivered to all attorneys of record.

**DATED: May 1, 2008**

        Respectfully submitted,

        <u>s/ Brian J. Barrido</u>
        One of the Plaintiff's Attorneys

Brian J. Barrido
DVORAK, TOPPEL & BARRIDO, LLC.
Attorney No. 6274524
3859 West 26th Street
Chicago, Illinois 60623
(773) 521-1300 (phone)
(773) 521-4400 (fax)
brian_barrido@civilrightsdefenders.com