UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Robert Matchain
                    Plaintiff,

v.                                      Case No.: 1:07−cv−06604
                                                         Honorable Blanche M. Manning

City of Chicago, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 26, 2008:

      MINUTE entry before the Honorable Martin C. Ashman: Magistrate Judge Status hearing held on 6/26/2008; and continued to 8/18/2008 at 10:00 AM. Defendants' are given leave to file their answer to plaintiff's first amended complaint by 7/10/2008. Parties' joint federal rule of civil procedure 26(f) report is adopted. The parties are to exchange the information required by Rule 26(a)(1) by 7/10/2008. All discovery ordered closed by 10/27/2008. Parties to join additional parties by 8/26/2008. Dispositive motions due by 12/26/2008. Response due by 1/23/2009. Reply due by 2/6/2009. Mailed notice.(is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.