IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT MATCHAIN, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 C 6604 |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF CHICAGO, | ) | JUDGE MANNING |
| a municipal corportation, | ) | |
| CHICAGO POLICE OFFICER | ) | MAGISTRATE JUDGE ASHMAN |
| Christopher Barajas, Star No. 7367, | ) | |
| in his individual capacity, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION TO COMPEL DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND TO TENDER DEFENDANTS' INITIAL DISCLOSURES**

NOW COMES Plaintiff, by and through his attorneys, DVORAK, TOPPEL & BARRIDO, LLC., and states the following in support of his Motion to Compel the Defendants' Answer to Plaintiff's First Amended Complaint and to Tender Defendants' Initial Disclosures:

1. On June 26, 2008, this Court adopted the parties' Federal Rule of Civil Procedure 26(f) report, which slated July 10, 2008 as the date the Defendants would answer Plaintiff's Amended Complaint as well as for the parties to exchange their initial disclosures, pursuant to Rule 26(a)(1). (Dkt. 29).

2. On or about July 24, 2008, Counsel for Plaintiff, Matthew Robison, contacted Counsel for the Defendants, Ashley Kosztya, to inquire when the answer and initial disclosures would be

received. Counsel for Plaintiff was informed Defendants' answer would be filed by Monday, July 28, 2008. No answer was filed on the specified date.

3.On July 31, 2008, Counsel for Plaintiff faxed a letter to Defense Counsel reiterating Plaintiff's request that the answer and initial disclosures be tendered and stated further that a motion to compel would follow on today's date, August 4, 2008, if the scheduling order of this Court continued to be ignored.

4.At close of business on August 4, 2008, Defense Counsel has not responded to Plaintiff's July 31, 2008 letter. No answer to Plaintiff's Amended Complaint has been filed. Plaintiff has not received Defendants Rule 26(a)(1) disclosures. Plaintiff has no recourse but to request the intervention of this Court to compel Defendants' Answer to Plaintiff's First Amended Complaint and to compel the production of Defendants' Rule 26(a)(1) disclosures.

WHEREFORE Plaintiff prays this Honorable Court grant this motion and compel Defendants to answer Plaintiff's First Amended Complaint and prays further that this Court compel the production of Defendants' Federal Rule of Civil Procedure 26(a)(1) disclosures.

Respectfully submitted,

s/ Matthew C. Robison
An Attorney for Plaintiff
Attorney No. 6291925

Matthew C. Robison
DVORAK, TOPPEL & BARRIDO, LLC.
3859 W. 26th St.
Chicago, IL 60623
(773) 521-1300
(773) 521-4400 (fax)
matthew_robison@civilrightsdefenders.com