**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ROBERT MATCHAIN, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 C 6604 |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF CHICAGO, | ) | JUDGE MANNING |
| a municipal corportation, | ) | |
| CHICAGO POLICE OFFICER | ) | MAGISTRATE JUDGE ASHMAN |
| Christopher Barajas, Star No. 7367, | ) | |
| in his individual capacity, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>NOTICE OF MOTION & CERTIFICATE OF SERVICE</u>**

To:    All counsel of record


**PLEASE TAKE NOTICE** that I have, this 4th day of August 2008, electronically filed with the Clerk of the above captioned court, Plaintiff's Motion to Compel the Defendants' Answer to Plaintiff's First Amended Complaint and to Tender Defendants' Initial Disclosures, a copy of which is attached hereto and herewith served upon you.


**PLEASE TAKE FURTHER NOTICE** that on August 12, 2008 at 10:30 a.m. or as soon thereafter as counsel may be heard, I will appear before the Honorable Judge Ashman, or before any such judge sitting in his stead, in courtroom 1386 of the Dirksen Federal Building, Chicago, Illinois, and then and there present the attached motion.

Respectfully submitted,

s/ Matthew C. Robison
An Attorney for Plaintiff
Attorney No. 6291925

Matthew C. Robison
DVORAK, TOPPEL & BARRIDO, LLC.
3859 W. 26th St.
Chicago, IL 60623
(773) 521-1300
(773) 521-4400 (fax)
matthew_robison@civilrightsdefenders.com