IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT MATCHAIN, | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 6604 |
| v. | ) | |
| | ) | Judge Manning |
| CITY OF CHICAGO, | ) | |
| a municipal corporation, | ) | Magistrate Judge Ashman |
| CHICAGO POLICE OFFICER | ) | |
| Christopher Barajas, Star No. 7367, | ) | |
| in his individual capacity, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT CHRISTOPHER BARAJAS' ANSWER, DEFENSES AND JURY DEMAND TO PLAINTIFF'S AMENDED COMPLAINT,** a copy of which is attached hereto and herewith served upon you.

**DATED** at Chicago, Illinois this 8th day of August, 2008.

                                                  MARA S. GEORGES
                                                  CORPORATION COUNSEL
                                                  CITY OF CHICAGO

                                   BY:    /s/ Ashley C. Kosztya
                                                  ASHLEY C. KOSZTYA
                                                  Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-6922
Attorney No. 6274884

### CERTIFICATE OF SERVICE

I hereby certify that I have caused this **DEFENDANT CHRISTOPHER BARAJAS' ANSWER, DEFENSES AND JURY DEMAND TO PLAINTIFF'S AMENDED COMPLAINT** to be served electronically upon all represented parties via the CM/ECF electronic filing system this 8th day of August, 2008.

                                                  /s/ Ashley C. Kosztya
                                                  ASHLEY C. KOSZTYA