**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Robert Matchain

                          Plaintiff,

v.                                              Case No.: 1:07–cv–06604
                                                       Honorable Blanche M. Manning

City of Chicago, et al.

                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 12, 2008:

      MINUTE entry before the Honorable Martin C. Ashman: Plaintiff's motion to compel defendants' answer to plaintiff's first amended complaint and to tender defendants' initial disclosures [31] is withdrawn. Motion hearing held on 8/12/2008 regarding motion to compel [31]. Magistrate Judge Status hearing reset to 11/5/2008 at 10:00 AM. Magistrate Judge Status hearing of 8/18/2008 is vacated. Entry of a qualified HIPAA and confidential matter protective order is granted without objection. Mailed notice.(is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.