UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT MATCHAIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07 C 6604 |
| | ) | |
| CITY OF CHICAGO, | ) | Judge Manning |
| Defendant | ) | |
| | ) | Magistrate Judge Ashman |

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

To:   Brian J. Barrido
      Dvorak, Toppel & Barrido
      3859 West 26th Street
      Chicago, IL 60623

**PLEASE TAKE NOTICE** that on September 2, 2008, Defendant City of Chicago electronically filed its **Motion to Withdraw Appearance of Melanie Patrick Neely** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, a copy of which is herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Blanche M. Manning, or before such other Judge or Magistrate Judge sitting in her stead, in courtroom 2125, located at 219 S. Dearborn Street, on **September 11, 2008 at 11:00 a.m.,** or as soon thereafter as counsel may be heard, and present the attached motion.

I hereby certify that I have served this notice and the attached document by electronic means to the persons named above at the addresses shown this 2nd day of September, 2008.

Respectfully submitted,
MARA S. GEORGES
Corporation Counsel of the
City of Chicago

Employment Litigation
30 North LaSalle Street, Suite 1020     By:   s/ *Melanie Patrick Neely*
Chicago, Illinois 60602                       MELANIE PATRICK NEELY
(312) 744-5114                                Assistant Corporation Counsel