**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Robert Matchain
                          Plaintiff,
v.                                                Case No.: 1:07−cv−06604
                                                         Honorable Blanche M. Manning
City of Chicago, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 10, 2008:

      MINUTE entry before the Honorable Blanche M. Manning: This case having been referred, in part,for ruling on all nondispositive pretrial motions, defendant's motion to withdraw appearance of Melanie Patrick Neely [39] shall be re−noticed before Magistrate Judge Ashman. Defendant is reminded that pursuant to Courts General Order on Electronic Case Filing of May 19, 2005, courtesy copies of all pleadings shall be provided to the court at least 24 hours following the filing of pleadings.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.